Calvin Lyndale GADDY, a/k/a Calvin L. Gaddy, Plaintiff–Appellant,

v.

Captain DeGEORGIS, Defendant–Appellee,

and

Nikki R. Haley, South Carolina Governor; Bill Byers, SCDC Commissioner; Warden Larry Cartledge, Perry CI; Florence Mauney, Perry CI, SMU; Major Early, Perry CI, SMU, Defendants.

No. 15–6660.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2015.

Decided: Oct. 2, 2015.

Calvin Lyndale Gaddy, Appellant Pro Se. James Victor McDade, Doyle, O'Rourke, Tate & McDade, PA, Anderson, South Carolina, for Appellee.

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Lyndale Gaddy appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Gaddy's informal brief does not challenge the basis for the district court's disposition, Gaddy has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We deny Gaddy's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*